```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
605 FIFTH PROPERTY OWNER, LLC,                              :
                                                            :
                        Plaintiff,                          :
                                                            :                21-CV-811 (VSB)
        -against-                                           :
                                                            :                    ORDER
ABASIC, S.L.,                                               :
                                                            :
                        Defendant.                          :
                                                            :
----------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2021
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on February 1, 2021, (Doc. 1), and filed an affidavit of service on February 18, 2021, (Doc. 7). The deadline for Defendant to respond to Plaintiff's complaint was March 5, 2021. (*See* Doc. 7.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 22, 2021. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 8, 2021
            New York, New York

                                                                        VERNON S. BRODERICK
                                                                        United States District Judge