```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  605 FIFTH PROPERTY OWNER, LLC,                            :
                                                            :
                                                            :
                                Plaintiff,                  :     21-cv-811 (VSB)
                                                            :
                  -against-                                 :         ORDER
                                                            :
  ABASIC, S.A.,                                             :
                                Defendant.                  :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2021

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant Abasic, S.A.'s motion to stay this proceeding pending the outcome of *NTS W. USA Corp. v. 605 Fifth Property Owner, LLC*, (Case No. 20-35769-CGM). (Doc. 16.) If Plaintiff intends to respond, Plaintiff is directed to do so by April 6, 2021. Accordingly, it is hereby:

ORDERED that Plaintiff file its response to Defendant's motion to stay by April 6, 2021.

SO ORDERED.

Dated: March 23, 2021
       New York, New York

                                    _____
                                    Vernon S. Broderick
                                    United States District Judge