```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     21cv811 (DLC)
605 Fifth Property Owner, LLC            :
                      Plaintiff,         :        ORDER
             -v-                         :
                                         :
Abasic, S.L.,                            :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In response of the defendant's letter of September 13, 2021, it is hereby

ORDERED that the initial pretrial conference scheduled for September 15 is adjourned until **September 22, 2021 at 2:00 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:     888-363-4749
        Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         September 13, 2021

                                         _____
                                             DENISE COTE
                                    United States District Judge