```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    21cv811 (DLC)
605 Fifth Property Owner, LLC,           :
                                         :         ORDER
                    Plaintiff,           :
                                         :
        -v-                              :
                                         :
ABASIC, S.A.,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 20, 2021, the defendant filed a motion for a second stay of the proceedings in this action. For the reasons stated on the record during the September 22 conference, it is hereby

ORDERED that the Defendant's motion for a second stay is denied.

Dated:   New York, New York
         September 23, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge