```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
605 FIFTH PROPERTY OWNER, LLC,            :          21cv811(DLC)
                                          :
                        Plaintiff,        :          ORDER
            -v-                           :
                                          :
                                          :
ABASIC, S.A.,                             :
                                          :
                        Defendant.        :
------------------------------------------ X
```

DENISE COTE, District Judge:

On February 1, 2021, the plaintiff filed a complaint in this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).  Pursuant to this Court's Individual Rules, it is hereby

ORDERED that plaintiff 605 Fifth Property Owner, LLC shall, by **March 11, 2022**, file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists.  Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business.  In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the citizenship of each of the

entity's members, shareholders, partners, and/or trustees.

SO ORDERED:

Dated:    New York, New York
          March 3, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge