```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
605 FIFTH PROPERTY OWNER, LLC,            :
                                          :
                      Plaintiff,          :      21cv811 (DLC)
                                          :
            -v-                           :      ORDER
                                          :
ABASIC, S.A.,                             :
                                          :
                      Defendant.          :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On March 8, 2022, this Court issued an Opinion and Order holding Abasic, S.A. liable under its guarantee agreement with 605 Fifth Property Owner, LLC. Accordingly, it is hereby

ORDERED that the parties shall by **March 16, 2022** submit a proposed schedule for briefing with respect to attorney's fees.

SO ORDERED:

Dated:   New York, New York
         March 8, 2022

                                        _____
                                              DENISE COTE
                                        United States District Judge