```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
605 FIFTH PROPERTY OWNER, LLC,           :
                                         :        21cv811 (DLC)
                    Plaintiff,           :
         -v-                             :           ORDER
                                         :
ABASIC, S.A.,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received on April 1, 2022 the plaintiff's proposed judgment, it is hereby

    ORDERED that any opposition to the proposed judgment shall by submitted by **April 6, 2022**.

    SO ORDERED:

Dated:   New York, New York
           April 1, 2022

                                   _____
                                      DENISE COTE
                        United States District Judge