```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
605 FIFTH PROPERTY OWNER, LLC,

                         Plaintiff,

          -against-

ABASIC, S.A.,

                       Defendant.
-----------------------------------------------------------X

21 **CIVIL** 811 (DLC)

**JUDGMENT**
**For Attorney's Fees**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 27, 2022, Owner's application of March 18, 2022 for an award of attorneys' fees and costs is largely granted. Owner is awarded $183,296.27 in attorneys' fees and disbursements; accordingly, the case is closed.

**Dated:** New York, New York
          April 27, 2022

                                                     **RUBY J. KRAJICK**
                                                       Clerk of Court
                         **BY:**
                                                       **Deputy Clerk**