```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
605 FIFTH PROPERTY OWNER, LLC,           :
                                         :
                        Plaintiff,       :     21cv811 (DLC)
                                         :
              -v-                        :         ORDER
                                         :
ABASIC, S.A.                             :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    The defendant having submitted a <u>supersedeas</u> bond on May 16, 2022, it is hereby

    ORDERED that the defendant's May 9, 2022 motion to approve a <u>supersedeas</u> bond and the defendant's May 10, 2022 motion to approve an amended <u>supersedeas</u> bond are dismissed as moot.

Dated:    New York, New York
           May 17, 2022

                                                DENISE COTE
                                  United States District Judge